# United States Court of Appeals
## For the First Circuit

Nos. 02-2578, 02-2659

IN RE: MI-LOR CORP.; PROFESSIONAL BRUSHES, INC.,

Debtors.

JAMES M. LISTON; JOHN J. MONAGHAN, as Creditors Trustees,

Plaintiffs-Appellants, Cross-Appellees,

v.

ROBERT GOTTSEGEN; MICHAEL GOTTSEGEN;
LORI GOTTSEGEN ZINMAN; DOROTHY GOTTSEGEN,

Defendants-Appellees, Cross-Appellants.

ERRATA SHEET

The opinion of this Court issued on November 3, 2003 is amended as follows:

On the cover sheet, replace "Plaintiffs-Appellants" with "Plaintiffs, Appellants" in the caption.

On the cover sheet, replace "Defendants-Appellees" with "Defendants, Appellees" in the caption.

On the cover sheet, omit "plaintiffs-" from "plaintiffs-appellants" in the attorney section.

On the cover sheet, omit "defendants-" from "defendants-appellees" in the attorney section.